IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sandra Pope, | NO. C 09-00153 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING HEARING DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| Xerox Corp. Extended LTD Plan, et al., | |
| Defendants. | |

On July 13, 2009, the parties are scheduled to appear for a case management conference. Based on the representations in the parties' joint case management statement, the Court finds that it can set a schedule for this case without the need for an appearance at this time. Accordingly, the Court VACATES the July 13 case management conference.

The Court sets **November 16, 2009 at 9 a.m.** as a hearing date for the parties' anticipated cross-motions for summary judgment. Briefing shall be conducted in accordance with the applicable Civil Local Rules of this Court. Should the parties reach a mediated settlement in advance of the November 16 hearing date, the parties shall promptly notify the Court and stipulate to a dismissal of this action.

Dated: July 8, 2009

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Melvyn David Silver MDSRST@cs.com
   Ruth Silver Taube MDSRST@cs.com
3  Tad A. Devlin tdevlin@gordonrees.com

4
   **Dated: July 8, 2009**                                    **Richard W. Wieking, Clerk**
5

6                                                             **By:      /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
7                                                                   **Courtroom Deputy**