# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SANDRA POPE

            Plaintiff(s),

         v.

XEROX CORP. EXTENDED LTD PLAN;
PRUDENTIAL INSURANCE COMPANY

            Defendant(s).

_____/

CASE NO.  CV 09-00153 JW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
> Non-binding Arbitration (ADR L.R. 4)
> Early Neutral Evaluation (ENE)   (ADR L.R. 5)
> Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR  phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
> ✓     Private ADR (*please identify process and provider*)   JAMS. The parties have
selected Judge Edward Infants (Ret.)

The parties agree to hold the ADR session by:
> the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

> ✓     other requested deadline  120 days from the date of the order referring case to ADR

Dated: June 25, 2009

                          Melvyn D. Silver
                          Attorney for Plaintiff

Dated: June 25, 2009

                          Tad Devlin
                          Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    Non-binding Arbitration

    Early Neutral Evaluation (ENE)

    Mediation

✓    Private ADR

Deadline for ADR session

    90 days from the date of this order.

✓    other  120 days

IT IS SO ORDERED.

Dated:   July 8, 2009

UNITED STATES DISTRICT   JUDGE