TAD A. DEVLIN (SBN 190355)
tdevlin@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
THE PRUDENTIAL LIFE INSURANCE COMPANY
OF AMERICA and XEROX CORPORATION
EXTENDED LTD PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA A. POPE,<br><br>           Plaintiff,<br><br>v.<br><br>XEROX CORPORATION EXTENDED LTD PLAN; PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>           Defendants. | CASE NO. CV09-00153 JW<br><br>STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE<br>[FED. R. CIV. P. 41] |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Confidential Settlement Agreement and Full and Final Release reached by and between the parties identified herein, the undersigned, counsel of record for Plaintiff SANDRA A. POPE, and Defendants THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA and XEROX CORPORATION EXTENDED LTD PLAN, and counsel of record for each party respectively, do hereby AGREE and STIPULATE that the above-captioned case be dismissed, in its entirety, with prejudice. Each party shall bear his or her own attorneys' fees and costs.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

DATED: November 3, 2009

SILVER & TAUBE

By /s/ MD Silver
Melvyn D. Silver
Attorneys for Plaintiff
SANDRA A. POPE

DATED: November 2nd, 2009

GORDON & REES LLP

By /s/
Tad A. Devlin
Attorneys for Defendants
THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA and XEROX CORPORATION EXTENDED LTD PLAN

**IT IS SO ORDERED.**

The Court terminates any remaining pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: November 9, 2009

/s/ James Ware
United States District Court Judge

-2-
STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY
DISMISSAL WITH PREJUDICE FED.R.CIV.P. 41                CASE NO. CV-00153 JW